AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fraternal Order of Police Library of Congress
Labor Committee, on its own behalf and that
of its members

**SUMMONS IN A CIVIL CASE**

V.

The Library of Congress, James H. Billington, in his
capacity as the Librarian of Congress, United States
Capitol Police, and United States Capitol Police Board

Case: 1:08-cv-01139
C/ Assigned To : Kennedy, Henry H.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

UNITED STATES CAPITOL POLICE
Serve: PHILLIP D. MORSE
119 D Street, NE
Washington, DC 20510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Hannon, Esq.
Hannon Law Group, LLP
1901 18th Street, NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 3 0 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | July 17, 2008 |
| NAME OF SERVER *(PRINT)*  J. Michael Hannon | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Via Certified Mail with Return Receipt to U.S. Capitol Police c/o Phillip D. Morse, 119 D Street, NE, Washington, D.C. 20510; ACKNOWLEDGED ON JULY 25, 2008

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 14, 2001
              Date

*Signature of Server*

Hannon Law Group, LLP
1901 18th Street NW
Washington, DC 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.