UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRATERNAL ORDER OF POLICE LIBRARY OF CONGRESS LABOR COMMITTEE, on its own behalf and that of its members, | : : : : : | Civil Action No. 08-1139 (HHK) |
| Plaintiffs, | : : | |
| v. | : : | |
| THE LIBRARY OF CONGRESS, et al. | : : | |
| Defendants. | : | |

## **ERRATA**

Plaintiffs Fraternal Order of Police Library of Congress Labor Committee ("FOP/LOC") hereby respectfully notifies the Court of an error in plaintiffs' Notice of Services to the Defendants. The Plaintiffs respectfully attach the return receipts and tracking confirmations from the United States Postal Service website with this Errata, which display the correct dates of service as follows:

| | |
|---|---|
| THE LIBRARY OF CONGRESS | Service Date: July 23, 2008 |
| JAMES H. BILLINGTON | Service Date: July 22, 2008 |
| UNITED STATES CAPITOL POLICE | Service Date: July 25, 2008 |
| UNITED STATES CAPITOL POLICE BOARD | Service Date: July 22, 2008 |
| U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA | Service Date: July 25, 2008 |
| U.S. ATTORNEY GENERAL | Service Date: July 23, 2008 |

Dated August 21, 2008                                  Respectfully submitted,

                                                            HANNON LAW GROUP, LLP

                                                             _____*/s/ J. Michael Hannon*_____
                                                             J. Michael Hannon, #352526
                                                            1901 18th Street, NW
                                                            Washington, DC 20009
                                                            (202) 232-1907
                                                            Fax:  (202) 232-3704
                                                            jhannon@hannonlawgroup.com

                                                            *Attorneys for Plaintiffs FOP/LOC, on its own behalf and that of its members*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **ERRATA** was sent via electronic filing and first class mail, this 21st day of August, 2008 to:

The Library of Congress
c/o James H. Billington
101 Independence Ave, SE
Washington, DC 20540

James H. Billington
Librarian of Congress
101 Independence Ave, SE
Washington, DC 20540

United States Capitol Police
c/o Phillip D. Morse
119 D Street, NE
Washington, DC 20510

United States Capitol Police Board
c/o Wilson Livingood, Sergeant at Arms
United States House of Representatives
The Capitol, Room H-124
Washington, DC 20515

2

Jeffrey A. Taylor, U.S. Attorney/Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20001

Michael B. Mukasey
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

                                                       */s/ J. Michael Hannon*
                                                       J. Michael Hannon



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6870 5358**
Status: **Delivered**

Your item was delivered at 7:31 AM on July 23, 2008 in WASHINGTON, DC 20540.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Rekosia Wesley_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
_Rekosia Wesley_

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

THE LIBRARY OF CONGRESS
c/o JAMES H. BILLINGTON
101 INDEPENDENCE AVE, SE
WASHINGTON, DC 20540

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0004 6870 5358

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm　　FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0710 0004 6870 5310**
Status: **Delivered**

Your item was delivered at 7:26 AM on July 22, 2008 in WASHINGTON, DC 20540.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map　　Contact Us　　Forms　　Gov't Services　　Jobs　　Privacy Policy　　Terms of Use　　National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.　　No FEAR Act EEO Data　　FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature　X [signature]　□ Agent　□ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery<br>D. Is delivery address different from item 1? □ Yes<br>　 If YES, enter delivery address below: □ No |
| 1. Article Addressed to:<br>JAMES H. BILLINGTON<br>LIBRARIAN OF CONGRESS<br>101 INDEPENDENCE AVE., SE<br>WASHINGTON, DC 20540 | 3. Service Type<br>☑ Certified Mail　□ Express Mail<br>□ Registered　☑ Return Receipt for Merchandise<br>□ Insured Mail　□ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　□ Yes |
| 2. Article Number<br>(Transfer from service label)　　7007 0710 0004 6870 5310 | |
| PS Form 3811, August 2001　　Domestic Return Receipt　　102595-02-M-1540 | |


**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6870 5334**
Status: **Delivered**

Your item was delivered at 6:35 AM on July 23, 2008 in WASHINGTON, DC 20510.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ~Mrs. Wesson~    ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Mrs. Wesson    C. Date of Delivery  JUL 23 |
| 1. Article Addressed to:<br><br>U.S. CAPITOL POLICE<br>c/o PHILLIP D. MORSE<br>119 D STREET, NE<br>WASHINGTON, DC 20510 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>JUL 25 2008 |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0004 6870 5334 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6870 5327**
Status: **Delivered**

Your item was delivered at 7:28 AM on July 22, 2008 in WASHINGTON, DC 20515.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map  Contact Us  Forms  Gov't Services  Jobs  Privacy Policy  Terms of Use  National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.34 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.24 |

Postmark Here

7007 0710 0004 6870 5327

Sent To: U.S. CAPITOL POLICE BOARD
Street, Apt. No.; or PO Box No.: C/O WILSON LIVINGOOD
THE CAPITOL, ROOM H-124
City, State, ZIP+4: WASH. DC 20515

PS Form 3800, August 2006    See Reverse for Instructions


**UNITED STATES POSTAL SERVICE.**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0710 0004 6870 5365**
Status: **Delivered**

Your item was delivered at 4:30 AM on July 25, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 2 5 2008 |
| 1. Article Addressed to:<br><br>JEFFREY A. TAYLOR<br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 4TH STREET, NW<br>WASHINGTON, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0004 6870 5365 |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-02-M-1540 |



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 6870 5372**
Status: **Delivered**

Your item was delivered at 4:30 AM on July 25, 2008 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 2 5 2008 |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 4TH STREET, NW<br>WASHINGTON, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0004 6870 5372 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 0710 0004 6870 5341**
Status: **Delivered**

Your item was delivered at 4:38 AM on July 23, 2008 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.
[                    ]
( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   JUL 2 3 2008 |
| 1. Article Addressed to:<br><br>MICHAEL B. MUKASEY<br>U.S. ATTORNEY GENERAL<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0004 6870 5341 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |