UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE LIBRARY OF CONGRESS LABOR COMMITTEE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE LIBRARY OF CONGRESS, <u>et al.</u>,<br><br>    Defendants. | Civil Action No. 08-1139 (HHK)<br>**Electronic Case Filing** |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Robin M. Meriweather** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
ROBIN M. MERIWEATHER
DC BAR # 490114
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7198
(202) 514-8780 (fax)
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of September 2008, a true and correct copy of the foregoing **Notice of Appearance** was served via the Court's ECF system upon Plaintiff through its attorney:

>	**J. Michael Hannon, Esq.**
>	Hannon Law Group, LLP
>	1901 18th Street, NW
>	Washington, DC 20009

>	__/s/_____
>	ROBIN M. MERIWEATHER
>	DC BAR # 490114
>	Assistant United States Attorney
>	Civil Division
>	555 4th Street, N.W.
>	Washington, D.C. 20530
>	(202) 514-7198
>	(202) 514-8780 (fax)
>	Robin.Meriweather2@usdoj.gov